IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY ANN HEAGNEY,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, and SANOFI US SERVICES INC. *formerly known as* SANOFI-AVENTIS U.S. INC.,<br><br>Defendants. | CV 23-131-BLG-SPW-TJC<br><br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Upon the Joint Stipulation of Dismissal (Doc. 16) with Prejudice filed by Plaintiff Mary Ann Heagney and Defendants,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear its own attorney's fees and costs.

DATED this 20th day of December, 2024.

SUSAN P. WATTERS
United States District Judge